Erick C. TANKINS, Movant-Appellant,

v.

STATE of Missouri,
Defendant-Respondent.

No. 50330.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 1, 1986.

Motion for Rehearing and/or Transfer
Denied May 6, 1986.

Application to Transfer Denied
June 17, 1986.

Dave Hemingway, Office of Sp. Public Defender, Dorothy M. Hirzy, St. Louis, for movant-appellant.

John M. Morris, Stephen D. Hawke, Jefferson City, for defendant-respondent.

ORDER

PER CURIAM.

Movant appeals after denial of his Rule 27.26 motions without an evidentiary hearing. An extended opinion would be of no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment in accordance with Rule 84.16(b).